

**WINDELS MARX** | Windels Marx Lane & Mittendorf, LLP

windelsmarx.com

Charles E. Simpson
212.237.1070
csimpson@windelsmarx.com

156 West 56th Street  |  New York, NY 10019
T. 212.237.1000  |  F. 212.262.1215

March 20, 2020

**BY ELECTRONIC FILING (ECF)**
Honorable Elizabeth S. Stong
United States Bankruptcy Judge
United States Bankruptcy Court for the
    Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East – Suite 1595
Brooklyn, NY 11201 - 1800

Re:    In re: Chu H. Kwon, et al. Chapter 11 Case No. 19-44290 (ESS)
          **Jointly Administered/Case Management Conference Deadlines**

Dear Judge Stong:

    As this Court is aware, this firm is counsel to the debtors, Chu H. Kwon, and the affiliated debtors, 4811 Associates LLC (Chapter 11 Case No. 19-44263), 5505 Associates LLC (Chapter 11 Case No. 19-44264) and 5507 Associates LLC (Chapter 11 Case No. 19-44265) (collectively, the "Debtors") in the above-referenced jointly administered Chapter 11 cases.

    We are in receipt of a letter from Christopher D. Palmieri, Esq., Counsel for Secured Creditor, 5th Avenue Mixed Use, LLC ("5th Avenue"), regarding the Debtors' failure, as directed by Your Honor, to: (i) become current on Monthly Operating Reports and Quarterly U.S. Trustee Fees by March 13, 2020, (ii) file a retention application by March 13, 2020, and (iii) file the letter of commitment and proof of funds substantiating the third-party loan to the Debtors by March 16, 2020.

    Please be advised that we received an email from Mr. Kwon informing us that his father had fallen ill and that he has been unable to gather the information necessary to provide the above-referenced items in a timely manner, as directed by Your Honor. Under the current state of affairs and the lock down of non-essential services in the days to come, the Debtors kindly request an extension of time to provide the Court with the items listed above. As You Honor is aware, the Case Management Conference and Confirmation Hearing scheduled for March 26, 2020 has been adjourned to May 6, 2020.



Hon. Elizabeth S. Stong
March 20, 2020
Page 2

      Should Your Honor have any questions, we will make ourselves available at the Court's convenience to discuss.

Respectfully submitted,

Charles E. Simpson

cc:    <u>Via ECF</u>:

      Christopher D. Palmieri, Esq.
      Attorneys for Secured Creditor,
      5th Avenue Mixed Use, LLC

      Office of the U.S. Trustee

{11796012:1}