

# WINDELS MARX

Windels
Marx
Lane &
Mittendorf, LLP

windelsmarx.com

**Charles E. Simpson**
212.237.1070
csimpson@windelsmarx.com

156 West 56th Street  | New York, NY 10019
T. 212.237.1000  | F. 212.262.1215

May 27, 2020

**BY ELECTRONIC FILING (ECF)**
Honorable Elizabeth S. Stong
United States Bankruptcy Judge
United States Bankruptcy Court for the
    Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East – Suite 1595
Brooklyn, NY 11201 - 1800

      Re:    **In re: Chu H. Kwon, et al. Chapter 11 Case No. 19-44290 (ESS)**
             **Jointly Administered/Telephonic Appearance Confirmation**

Dear Judge Stong:

As this Court is aware, this firm is counsel to the debtors, Chu H. Kwon, and the affiliated debtors, 4811 Associates LLC (Chapter 11 Case No. 19-44263), 5505 Associates LLC (Chapter 11 Case No. 19-44264) and 5507 Associates LLC (Chapter 11 Case No. 19-44265) (collectively, the "Debtors") in the above-referenced jointly administered Chapter 11 cases.

I am writing to confirm that the undersigned attorney, Charles E. Simpson, and David Lopez will be appearing telephonically on behalf of the Debtors for the Case Management Conference and the Confirmation Hearing scheduled for May 29, 2020 at 10:30 a.m.  My email address is: csimpson@windelsmarx.com.

Your Honor's consideration is appreciated.

Respectfully submitted,

Charles E. Simpson

cc:    <u>Via ECF</u>:
        Christopher D. Palmieri, Esq.
        Attorneys for Secured Creditor,
        5th Avenue Mixed Use, LLC

        Office of the U.S. Trustee

        <u>Via Email</u>:
        ess_hearings@nyeb.uscourts.gov

{11812675:1}