**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CHU H. KWON, et al. [1], | Case No. 19-44290 (ESS) |
| Debtors. | Jointly Administered |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon the motion (the "Motion") [2] of Windels Marx Lane & Mittendorf, LLP ("Windels Marx"), counsel of record for Chu H. Kwon, Debtor-In-Possession, and the affiliated debtors and debtors-in-possession (collectively, the "Debtors"), seeking entry of an Order Authorizing Windels Marx to withdraw as counsel of record for the Debtors in these Jointly Administered Chapter 11 Cases (the "Chapter 11 Cases"); due and proper notice of the Motion having been given; the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion established just cause for the relief granted herein; now, therefore, it is hereby:

~~**ORDERED**, that the Motion is granted; and it is further~~

**ORDERED**, that Windels Marx shall be permitted to apply for compensation for professional services rendered in connection with the Chapter 11 Cases, subject to this Court's approval and in compliance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules,

---

[1] ~~The Debtors in these chapter 11 cases (collectively, the "**Debtor**"), along with the last four digits of each Debtor's federal taxpayer identification number are: 4811 Associates LLC (9576), 5505 Associates LLC (9596), and 5507 Associates LLC (9544).~~

*1 A list of the Debtors in these chapter 11 cases, along with the case numbers and last four digits of each Debtor's federal tax identification number, is listed on the Appendix attached hereto*.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

and the Local Bankruptcy Rules for the ~~Southern~~ *__Eastern__* District of New York (the "Local Rules"), further Orders of this Court, and guidelines established by the United States Trustee on an hourly basis, plus reimbursement of actual and necessary expenses and other charges that Windels Marx has incurred; and is further

**ORDERED**, that the Debtors' retention of Windels Marx as their attorney of record be, and hereby is terminated.

Dated: Brooklyn, New York
June 26, 2020

/s/ Elizabeth S. Stong
United States Bankruptcy Judge

{11807117:2}