| Operating Statement | | | | |
|---|---|---|---|---|
| 5507 Associates | | | | |
| 04.30.2020 - 05.29.2020 | | | | |
| | | | | |
| **Income** | | | | |
| Effective Gross Income | $14629.09 | | | |
| | | | | |
| Rent Received | $7229.09 | | | |
| Rent Outstanding | | $4400.00 | | |
| | | | | |
| Net Rental Income | $7229.09 | | | |
| | | - | | |
| Other: Vacancy Loss | | $4085.77 | | |
| Effective gross Income | | $4,085.77 | | |
| | | | | |
| **Expenses** | | Paid | Outstanding | |
| Auto and Travel | | $31.05 | | |
| Cleaning and Maintenance | | $800.00 | | |
| Insurance | | $536.06 | | |
| Legal and Other Professional | | | | |
| Management Fees | | $1000.00 | | |
| Mortgage Interests | | | | |
| Other Interest | | | | |
| Repairs | | | | |
| Supplies | | $242.75 | | |
| Taxes (Property) | | | | |
| Utilities | | $230.66 | $12346.03 | |
| Other Expenses | | $7603.50 | | |
| Misc | | $2971.25 | | |
| | | | | |
| Total Operating  Expenses | | $13415.27 | | |
| | | | | |
| | | | | |
| Net Operating Income | | -$6186.18 | | |
| | | | | |
| Net Cumulative Cash Balance | | -$1786.18 | | |
| | | | | |
| Net Cumulative Minus Outstanding Liabilities | | $20614.32 | | |

1

 **POPULAR**®

Last statement: April 30, 2020
This statement: May 29, 2020
Total days in statement period: 29

Page 1 of 12
6811582904
(2)

Direct inquiries to:
Customer Care Center,
1-800-377-0800

5507 ASSOCIATES LLC-"DIP"
DEBTOR IN POSSESSION ACCOUNT
CASE NO. 1-19-44265
33 GOLD APT 409
NEW YORK NY 10038-2828

Popular
P.O. Box 4890
Miami Lakes, FL 33014

*EFFECTIVE 7/1/2020, THE FIRST $225 FROM A CHECK DEPOSIT WILL BE AVAILABLE THE FIRST BUSINESS DAY AFTER THE DAY OF YOUR DEPOSIT. THE REMAINDER OF YOUR DEPOSIT WILL BE AVAILABLE ON THE SECOND BUSINESS DAY. LARGE DEPOSIT CHECKS TOTALING MORE THAN $5,525 ON ANY ONE DAY MAY BE FURTHER DELAYED. THRESHOLDS FOR DETERMINING A REPEAT OVERDRAFT WILL INCREASE FROM $5,000 TO $5,525. CALL 1 800 377 0800 FOR DETAILS.*

## Popular Business Checking

| | |
|---|---|
| Account number | 6811582904 |
| Enclosures | 2 |
| Low balance | $39.79 |
| Average balance | $2,114.64 |
| Avg collected balance | $1,984.00 |

### DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 04-30 | Beginning balance | | | $12.10 |
| 05-01 | 'Deposit | 866.89 | | 878.99 |
| | 000007306414450 | | | |
| 05-01 | 'Deposit | 2,550.00 | | 3,428.99 |
| | 000007306415770 | | | |
| 05-01 | 'ATM Withdrawal | | -22.00 | 3,406.99 |
| | CASH WITHDRAWAL TERMINAL NH072741 | | | |
| | 1808 BARNES AVENUE BRONX    NY | | | |
| | 05-01-20  6:32 PM SEQ # 012200008197 | | | |
| | 000000081970000 | | | |
| 05-01 | 'ATM Balance Inquiry | | .00 | 3,406.99 |
| | BALANCE INQUIRY TERMINAL NH072741 | | | |
| | 1808 BARNES AVENUE BRONX    NY | | | |
| | 05-01-20  6:31 PM SEQ # 012200008196 | | | |
| | 000000081960000 | | | |
| 05-04 | 'Deposit | 1,000.00 | | 4,406.99 |
| | 000007306483450 | | | |
| 05-04 | 'Deposit | 1,160.69 | | 5,567.68 |
| | 000007306468490 | | | |

*Thank you for banking with Popular*

## PLEASE ADVISE US OF ANY CHANGES OF ADDRESS

### BALANCE YOUR ACCOUNT IN 5 EASY STEPS!

**BEFORE YOU BEGIN, DO THE FOLLOWING IN YOUR CHECKBOOK:**
- ADD ANY DEPOSITS THAT APPEAR ON THIS STATEMENT BUT THAT DO NOT APPEAR IN YOUR CHECKBOOK; AND
- SUBTRACT ANY ITEMS THAT APPEAR ON THIS STATEMENT BUT THAT DO NOT APPEAR IN YOUR CHECKBOOK.

**1**   Enter the balance shown on this statement.

The balance is the Ending Total found in the *"Daily Activity"* section of your statement.

$ _____

**2**   Total all outstanding deposits that appear in your checkbook *but that do not appear on this statement.*

(Use Chart A to easily add up your outstanding deposits.)

$ _____

**3**   Add the totals from Steps 1 and 2. Enter it here.

$ _____

**4**   Total all outstanding withdrawals that appear in your checkbook *but that do not appear on this statement.*

(Use Chart B to easily add up your outstanding withdrawals.)

$ _____

**5**   Subtract the total in Step 4 from, the total in Step 3.

$ _____

This should be the Balance in your Checkbook

**CHART A**

| | OUTSTANDING DEPOSIT | DEPOSIT AMOUNT | |
|---|---|---|---|
| Example: | Deposit | $ 100 | 50 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL: | | $ | |

**CHART B**

| | OUTSTANDING WITHDRAWAL | WITHDRAWAL AMOUNT | |
|---|---|---|---|
| Example: | Debit Credit Purchase | $ 100 | 50 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL: | | $ | |

---

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

**(FOR CONSUMER ACCOUNTS ONLY. FOR BUSINESS ACCOUNTS, PLEASE REFER TO THE BUSINESS BANKING DISCLOSURE AND AGREEMENT)** WRITE US AT THE ADDRESS OR CALL US AT THE TELEPHONE NUMBER ON THE FRONT OF THIS STATEMENT AS SOON AS YOU CAN.

If you think your statement or a receipt is wrong, or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

(1)   Tell us your name and account number.
(2)   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3)   Tell us the dollar amount of the suspected error and the date it appears on your statement.

We will investigate your complaint and will correct any error promptly. We will tell you the results of our investigation within 10 business days after we hear from you (20 business days if the transfer involved a new account). An account is considered new for 30 days after the first deposit is made. However, if we need more time, we may take up to 45 days to investigate your complaint or question (90 days if the transfer involved a new account, point of sale transaction or a transfer that was initiated outside the U.S.) if we decide to do this, we will provisionally credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If we ask you to put your complaint or question in writing and you fail to give us the required written confirmation of your complaint or question, then we may not credit your account or we may revoke the provisional credit we previously gave to you. We will tell you the results of our investigation within three business days after completing our investigation.

**LOST OR STOLEN ATM OR DEBIT CARD:** If your ATM or Debit Card is lost or stolen, in order to protect your rights, you must report it immediately by calling our Customer Care Center at the phone number on the front of this statement. **(FOR DEBIT CARDS ONLY)** When our Customer Care Center is closed, you may call Mastercard® directly at 1-800-307-7300 to report your Debit Card lost or stolen and then contact us on the following business day to arrange a replacement card.

"The Check Clearing for the 21 Century Act or "Check 21" effective as of October 28, 2004, allows banks to replace original checks with "substitute checks". A substitute check is the legal equivalent of an original check. You can use it the same way you would use the original check". You may use a substitute check as proof of payment just like the original check. In certain cases, federal law provides a special procedure that allows you to request a refund for losses you suffer if a substitute check is posted to your account (for example, if you think that we withdrew the wrong amount from your account or that we withdrew money from your account more than once for the same check). If you believe that you have suffered a loss related to a substitute check that you received and that was posted to your account, please contact us. You may call Customer Care Center at 1-800-377-0800 during the hours of 7:30 am – 12:00 am ET, Monday through Friday and 9:00 am – 6:00 pm ET, Saturday and Sunday or in writing at Popular, Attn: Customer Care Center P.O. Box 4908 Miami Lakes, FL 33014. You may also contact Popular via Teletypewriter (TTY/TDD) for account information and services at 1-888-801-4871. You must contact us within 14 calendar days of the date we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances. Your claim must include:

- A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect);
- An estimate of the amount of your loss;
- An explanation of why a substitute check you received is insufficient to confirm that you suffered a loss; and
- A copy of the substitute check and/ or the following information to help us identify the substitute check: information such as the check number, the name of the person who wrote the check, and the amount of the check.

Copyright © 2018 Popular Bank.  Member FDIC. 

 **POPULAR**®

5507 ASSOCIATES LLC-"DIP"
May 29, 2020

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 05-04 | 'POS Purchase | | -7.13 | 5,560.55 |
| | POS PURCHASE TERMINAL 05410930 JUBILEE MARKET PLA CE    NEW YORK  NY 05-02-20  7:51 AM SEQ # 040648 000000406480000 | | | |
| 05-04 | 'POS Purchase | | -14.87 | 5,545.68 |
| | POS PURCHASE TERMINAL 42050000 LOT LESS  LOT LESS 11  NEW YORK  NY 05-02-20  10:45 AM SEQ # 523070 000005230700000 | | | |
| 05-04 | 'POS Purchase | | -85.24 | 5,460.44 |
| | MERCHANT PURCHASE TERMINAL 55500800 JUBILEE MARKET PLA CE    NEW YORK  NY 05-02-20  12:00 AM SEQ # 091304001723 000000017230000 | | | |
| 05-04 | 'POS Purchase | | -102.78 | 5,357.66 |
| | POS PURCHASE TERMINAL 05410880 JUBILEE MARKET PLA CE    NEW YORK  NY 05-02-20  6:36 PM SEQ # 041175 000000411750000 | | | |
| 05-04 | 'POS Purchase | | -37.52 | 5,320.14 |
| | MERCHANT PURCHASE TERMINAL 55429500 SEAMLSSJOESPIZZATH EGR  800256102 NY 05-04-20  12:00 AM SEQ # 717905022732 000000227320000 | | | |
| 05-04 | 'POS Purchase | | -15.00 | 5,305.14 |
| | POS PURCHASE TERMINAL 05410930 JUBILEE MARKET PLA CE   NEW YORK  NY 05-03-20  1:24 PM SEQ # 041030 000000410300000 | | | |
| 05-04 | 'POS Purchase | | -11.98 | 5,293.16 |
| | POS PURCHASE TERMINAL 03223593 SEAPORT WINE&SPIRI TS I  NEW YORK  NY 05-03-20  1:32 PM SEQ # 014231 000000142310000 | | | |
| 05-04 | 'POS Purchase | | -48.69 | 5,244.47 |
| | MERCHANT PURCHASE TERMINAL 85197010 EDEN FLOWER FULTON NEW YORK  NY 05-03-20  12:00 AM SEQ # 980002667670 000006676700000 | | | |
| 05-04 | 'POS Purchase | | -124.10 | 5,120.37 |
| | POS PURCHASE TERMINAL 00000000 AMAZON.COM*4G1RD4V D3    SEATTLE   WA 05-04-20  7:45 AM SEQ # 0000005GGQZ7 000000000050000 | | | |
| 05-04 | 'POS Purchase | | -30.89 | 5,089.48 |
| | POS PURCHASE TERMINAL 14436T04 DUANE READE STO NEW YORK  NY 05-04-20  3:57 PM SEQ # 012500604163 000006041630000 | | | |
| 05-04 | 'POS Purchase | | -11.98 | 5,077.50 |
| | POS PURCHASE TERMINAL 03223593 SEAPORT WINE&SPIRI TS I  NEW YORK  NY 05-04-20  5:03 PM SEQ # 014350 000000143500000 | | | |

 **POPULAR.**

5507 ASSOCIATES LLC-"DIP"
May 29, 2020

Page 3 of 12
6811582904

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 05-04 | 'ATM Balance Inquiry | | .00 | 5,077.50 |
| | BALANCE INQUIRY TERMINAL M0000542 | | | |
| | 110 WILLIAM ST NEW YORK  NY | | | |
| | 05-03-20  1:28 PM SEQ # 000000003572 | | | |
| | 000000035720000 | | | |
| 05-05 | 'Deposit | 700.00 | | 5,777.50 |
| | 000007306552440 | | | |
| 05-05 | Withdrawal | | -3,800.00 | 1,977.50 |
| | 000006339926890 | | | |
| 05-05 | 'POS Purchase | | -149.00 | 1,828.50 |
| | MERCHANT PURCHASE TERMINAL 75418230 | | | |
| | ASURIONWIRELESS IN SURA  866-66725 TN | | | |
| | 05-04-20  12:00 AM SEQ # 093385746371 | | | |
| | 000074637100000 | | | |
| 05-05 | 'POS Purchase | | -53.61 | 1,774.89 |
| | MERCHANT PURCHASE TERMINAL 55500800 | | | |
| | JUBILEE MARKET PLA CE    NEW YORK  NY | | | |
| | 05-03-20  12:00 AM SEQ # 091308000109 | | | |
| | 000000001090000 | | | |
| 05-05 | 'POS Purchase | | -13.56 | 1,761.33 |
| | MERCHANT PURCHASE TERMINAL 85309610 | | | |
| | SEAPORT DELI NEW YORK  NY | | | |
| | 05-03-20  12:00 AM SEQ # 980016549931 | | | |
| | 000005499310000 | | | |
| 05-05 | 'POS Purchase | | -54.99 | 1,706.34 |
| | MERCHANT PURCHASE TERMINAL 55500800 | | | |
| | JUBILEE MARKET PLA CE    NEW YORK  NY | | | |
| | 05-04-20  12:00 AM SEQ # 091308001586 | | | |
| | 000000015860000 | | | |
| 05-06 | 'POS Purchase | | -14.53 | 1,691.81 |
| | MERCHANT PURCHASE TERMINAL 55429500 | | | |
| | UBER   TRIP 800592899 CA | | | |
| | 05-06-20  12:00 AM SEQ # 719016216870 | | | |
| | 000002168700000 | | | |
| 05-06 | 'POS Purchase | | -16.52 | 1,675.29 |
| | MERCHANT PURCHASE TERMINAL 55429500 | | | |
| | UBER   TRIP 800592899 CA | | | |
| | 05-06-20  12:00 AM SEQ # 715012963523 | | | |
| | 000009635230000 | | | |
| 05-06 | 'ATM Balance Inquiry | | .00 | 1,675.29 |
| | BALANCE INQUIRY TERMINAL HY018379 | | | |
| | 64 FULTON ST NEW YORK  NY | | | |
| | 05-06-20  6:13 AM SEQ # 227600002007 | | | |
| | 000000020070000 | | | |
| 05-07 | 'Deposit | 968.77 | | 2,644.06 |
| | 000007306664230 | | | |
| 05-07 | 'POS Purchase | | -81.66 | 2,562.40 |
| | MERCHANT PURCHASE TERMINAL 75418230 | | | |
| | BRIEFING.com 800-75230 IL | | | |
| | 05-06-20  12:00 AM SEQ # 093543341592 | | | |
| | 000003415920000 | | | |

 **POPULAR.**

5507 ASSOCIATES LLC-"DIP"                     Page 4 of 12
May 29, 2020                                   6811582904

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 05-07 | 'POS Purchase | | -23.73 | 2,538.67 |
| | MERCHANT PURCHASE TERMINAL 85309610 | | | |
| | SEAPORT DELI NEW YORK  NY | | | |
| | 05-06-20  12:00 AM SEQ # 980016549970 | | | |
| | 000005499700000 | | | |
| 05-07 | 'POS Purchase | | -10.98 | 2,527.69 |
| | POS PURCHASE TERMINAL 00000101 | | | |
| | AMAZON.COM*7G2K792 93   SEATTLE  WA | | | |
| | 05-07-20  8:21 AM SEQ # 4IMZM69VIM13 | | | |
| | 000000000040000 | | | |
| 05-07 | 'POS Purchase | | -21.76 | 2,505.93 |
| | POS PURCHASE TERMINAL 00000101 | | | |
| | AMAZON.COM*V06KJ8X 73   SEATTLE  WA | | | |
| | 05-07-20  9:30 AM SEQ # 6BSIQ6OJJQ6L | | | |
| | 000000000060000 | | | |
| 05-08 | 'Deposit | 394.31 | | 2,900.24 |
| | 000007306712890 | | | |
| 05-08 | 'POS Purchase | | -33.94 | 2,866.30 |
| | MERCHANT PURCHASE TERMINAL 85309610 | | | |
| | SEAPORT DELI NEW YORK  NY | | | |
| | 05-07-20  12:00 AM SEQ # 980016549946 | | | |
| | 000005499460000 | | | |
| 05-08 | 'POS Purchase | | -76.21 | 2,790.09 |
| | POS PURCHASE TERMINAL 05410880 | | | |
| | JUBILEE MARKET PLA CE   NEW YORK  NY | | | |
| | 05-08-20  1:38 PM SEQ # 042938 | | | |
| | 000000429380000 | | | |
| 05-08 | 'Preauthorized Wd | | -146.46 | 2,643.63 |
| | IPFS866-412-2561 IPFSPMTMOK | | | |
| | 200508 853961 | | | |
| | 101000019020649 | | | |
| 05-08 | 'Preauthorized Wd | | -389.60 | 2,254.03 |
| | IPFS866-412-2561 IPFSPMTMOK | | | |
| | 200508 834795 | | | |
| | 101000019020527 | | | |
| 05-11 | 'POS Refund | 3.28 | | 2,257.31 |
| | MERCHANT REFUND TERMINAL 55500800 | | | |
| | JUBILEE MARKET PLA CE   NEW YORK  NY | | | |
| | 05-10-20  12:00 AM SEQ # 091800001524 | | | |
| | 000000015240000 | | | |
| 05-11 | 'Deposit | 1,000.00 | | 3,257.31 |
| | 000007306770340 | | | |
| 05-11 | 'POS Purchase | | -11.98 | 3,245.33 |
| | MERCHANT PURCHASE TERMINAL 55546500 | | | |
| | SEAPORT WINE&SPIRI TS I  NEW YORK  NY | | | |
| | 05-08-20  12:00 AM SEQ # 091938000821 | | | |
| | 000000008210000 | | | |
| 05-11 | 'POS Purchase | | -48.52 | 3,196.81 |
| | POS PURCHASE TERMINAL 05410930 | | | |
| | JUBILEE MARKET PLA CE   NEW YORK  NY | | | |
| | 05-08-20  7:02 PM SEQ # 042555 | | | |
| | 000000425550000 | | | |

 **POPULAR**.

5507 ASSOCIATES LLC-"DIP"
May 29, 2020

Page 5 of 12
6811582904

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 05-11 | 'POS Purchase | | -30.00 | 3,166.81 |
| | POS PURCHASE TERMINAL 51555001 | | | |
| | OPS*33 GOLD ST L NEW YORK NY | | | |
| | 05-09-20  1:13 PM SEQ # 013000023409 | | | |
| | 000000234090000 | | | |
| 05-11 | 'POS Purchase | | -36.13 | 3,130.68 |
| | MERCHANT PURCHASE TERMINAL 55500800 | | | |
| | REAL DEAL NEW YORK NY | | | |
| | 05-09-20  12:00 AM SEQ # 091770000498 | | | |
| | 000000004980000 | | | |
| 05-11 | 'POS Purchase | | -218.91 | 2,911.77 |
| | POS PURCHASE TERMINAL 16408001 | | | |
| | KEY FOOD 1640 NEW YORK NY | | | |
| | 05-09-20  4:49 PM SEQ # 013000012349 | | | |
| | 000000123490000 | | | |
| 05-11 | 'POS Purchase | | -28.31 | 2,883.46 |
| | MERCHANT PURCHASE TERMINAL 85197010 | | | |
| | EDEN FLOWER FULTON NEW YORK NY | | | |
| | 05-09-20  12:00 AM SEQ # 980002667614 | | | |
| | 000006676140000 | | | |
| 05-11 | 'POS Purchase | | -7.18 | 2,876.28 |
| | POS PURCHASE TERMINAL 16408001 | | | |
| | KEY FOOD 1640 NEW YORK NY | | | |
| | 05-09-20  5:17 PM SEQ # 013000030911 | | | |
| | 000000309110000 | | | |
| 05-11 | 'POS Purchase | | -6.52 | 2,869.76 |
| | POS PURCHASE TERMINAL 03687177 | | | |
| | REAL DEAL NEW YORK NY | | | |
| | 05-09-20  5:23 PM SEQ # 626611 | | | |
| | 000006266110000 | | | |
| 05-11 | 'POS Purchase | | -33.94 | 2,835.82 |
| | MERCHANT PURCHASE TERMINAL 85309610 | | | |
| | SEAPORT DELI NEW YORK NY | | | |
| | 05-09-20  12:00 AM SEQ # 980016549933 | | | |
| | 000005499330000 | | | |
| 05-11 | 'POS Purchase | | -69.46 | 2,766.36 |
| | POS PURCHASE TERMINAL 05410880 | | | |
| | JUBILEE MARKET PLA CE   NEW YORK NY | | | |
| | 05-10-20  9:59 AM SEQ # 043499 | | | |
| | 000000434990000 | | | |
| 05-11 | 'POS Purchase | | -19.52 | 2,746.84 |
| | POS PURCHASE TERMINAL 03687177 | | | |
| | REAL DEAL NEW YORK NY | | | |
| | 05-10-20  12:32 PM SEQ # 626841 | | | |
| | 000006268410000 | | | |
| 05-11 | 'POS Purchase | | -30.45 | 2,716.39 |
| | POS PURCHASE TERMINAL 42050000 | | | |
| | LOT LESS  LOT LESS 11  NEW YORK NY | | | |
| | 05-10-20  11:40 AM SEQ # 601383 | | | |
| | 000006013830000 | | | |
| 05-11 | 'POS Purchase | | -65.91 | 2,650.48 |
| | POS PURCHASE TERMINAL 14436T04 | | | |
| | DUANE READE STO NEW YORK NY | | | |
| | 05-10-20  1:19 PM SEQ # 013100604105 | | | |
| | 000006041050000 | | | |

 **POPULAR.**

5507 ASSOCIATES LLC-"DIP"                    Page 6 of 12
May 29, 2020                                 6811582904

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 05-11 | 'POS Purchase<br>POS PURCHASE TERMINAL 05410880<br>JUBILEE MARKET PLA CE   NEW YORK NY<br>05-10-20  2:50 PM SEQ # 043630<br>000000436300000 | | -109.50 | 2,540.98 |
| 05-11 | 'ATM Balance Inquiry<br>BALANCE INQUIRY TERMINAL HY018379<br>64 FULTON ST NEW YORK NY<br>05-09-20  5:13 PM SEQ # 957600002047<br>000000020470000 | | .00 | 2,540.98 |
| 05-11 | 'ATM Balance Inquiry<br>BALANCE INQUIRY TERMINAL HY018379<br>64 FULTON ST NEW YORK NY<br>05-11-20  10:48 AM SEQ # 351500002062<br>000000020620000 | | .00 | 2,540.98 |
| 05-12 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 85309610<br>SEAPORT DELI NEW YORK NY<br>05-11-20  12:00 AM SEQ # 980016549908<br>000005499080000 | | -33.94 | 2,507.04 |
| 05-12 | 'POS Purchase<br>POS PURCHASE TERMINAL 05410880<br>JUBILEE MARKET PLA CE   NEW YORK NY<br>05-11-20  8:39 PM SEQ # 044044<br>000000440440000 | | -38.17 | 2,468.87 |
| 05-12 | 'POS Purchase<br>POS PURCHASE TERMINAL 03223593<br>SEAPORT WINE&SPIRI TS I  NEW YORK NY<br>05-12-20  4:25 PM SEQ # 015278<br>000000152780000 | | -11.98 | 2,456.89 |
| 05-12 | 'ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL 7E003688<br>111 FULTON STREET NEW YORK NY<br>05-12-20  4:27 PM SEQ # 013400001762<br>000000017620000 | | -22.95 | 2,433.94 |
| 05-12 | 'POS Purchase<br>POS PURCHASE TERMINAL 00N0OT01<br>7-ELEVEN NEW YORK NY<br>05-12-20  4:38 PM SEQ # 502365<br>000005023650000 | | -6.39 | 2,427.55 |
| 05-12 | 'ATM Balance Inquiry<br>BALANCE INQUIRY TERMINAL HY018379<br>64 FULTON ST NEW YORK NY<br>05-12-20  12:08 PM SEQ # 061500002090<br>000000020900000 | | .00 | 2,427.55 |
| 05-12 | 'ATM Balance Inquiry<br>BALANCE INQUIRY TERMINAL 7E003688<br>111 FULTON STREET NEW YORK NY<br>05-12-20  4:26 PM SEQ # 013400001760<br>000000017600000 | | .00 | 2,427.55 |
| 05-12 | 'ATM Balance Inquiry<br>BALANCE INQUIRY TERMINAL 7E003688<br>111 FULTON STREET NEW YORK NY<br>05-12-20  4:26 PM SEQ # 013400001761<br>000000017610000 | | .00 | 2,427.55 |

 **POPULAR.**

5507 ASSOCIATES LLC-"DIP"
May 29, 2020

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 05-13 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 85309610<br>SEAPORT DELI NEW YORK NY<br>05-12-20  12:00 AM SEQ # 980016549931<br>000005499310000 | | -33.94 | 2,393.61 |
| 05-13 | 'POS Purchase<br>POS PURCHASE TERMINAL 05410880<br>JUBILEE MARKET PLA CE   NEW YORK NY<br>05-13-20  6:48 PM SEQ # 044615<br>000000446150000 | | -63.30 | 2,330.31 |
| 05-14 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 55431800<br>BURGER KING #17871 Q07  NEW YORK NY<br>05-12-20  12:00 AM SEQ # 091772000455<br>000000004550000 | | -15.24 | 2,315.07 |
| 05-15 | 'POS Purchase<br>POS PURCHASE TERMINAL 14436T04<br>DUANE READE STO NEW YORK NY<br>05-15-20  12:48 PM SEQ # 013600604072<br>000006040720000 | | -60.92 | 2,254.15 |
| 05-15 | 'ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL N457<br>2 GOLD STREET NEW YORK NY<br>05-15-20  3:08 PM SEQ # 404124<br>000004041240000 | | -1,003.50 | 1,250.65 |
| 05-15 | 'POS Purchase<br>POS PURCHASE TERMINAL 03223593<br>SEAPORT WINE&SPIRI TS I  NEW YORK NY<br>05-15-20  3:37 PM SEQ # 015598<br>000000155980000 | | -11.98 | 1,238.67 |
| 05-15 | 'ATM Balance Inquiry<br>BALANCE INQUIRY TERMINAL N457<br>2 GOLD STREET NEW YORK NY<br>05-15-20  3:06 PM SEQ # 404005<br>000004040050000 | | .00 | 1,238.67 |
| 05-15 | 'ATM Balance Inquiry<br>BALANCE INQUIRY TERMINAL N457<br>2 GOLD STREET NEW YORK NY<br>05-15-20  3:09 PM SEQ # 804462<br>000008044620000 | | .00 | 1,238.67 |
| 05-18 | 'Deposit<br>000007307067460 | 1,000.00 | | 2,238.67 |
| 05-18 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 85309610<br>SEAPORT DELI NEW YORK NY<br>05-15-20  12:00 AM SEQ # 980016549920<br>000005499200000 | | -33.94 | 2,204.73 |
| 05-18 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 55500800<br>JUBILEE MARKET PLA CE   NEW YORK NY<br>05-15-20  12:00 AM SEQ # 091800001594<br>000000015940000 | | -10.83 | 2,193.90 |

 **POPULAR.**

5507 ASSOCIATES LLC-"DIP"
May 29, 2020

Page 8 of 12
6811582904

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 05-18 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 72303000<br>ROSELLA PIZZA INC NEW YORK NY<br>05-15-20 12:00 AM SEQ # 900015500037<br>000005000370000 | | -35.27 | 2,158.63 |
| 05-18 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 55500800<br>JUBILEE MARKET PLA CE    NEW YORK NY<br>05-15-20 12:00 AM SEQ # 091302000077<br>000000000770000 | | -53.58 | 2,105.05 |
| 05-18 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 55500800<br>JUBILEE MARKET PLA CE    NEW YORK NY<br>05-15-20 12:00 AM SEQ # 091802000940<br>000000009400000 | | -25.31 | 2,079.74 |
| 05-18 | 'POS Purchase<br>POS PURCHASE TERMINAL 05410880<br>JUBILEE MARKET PLA CE    NEW YORK NY<br>05-16-20  8:07 AM SEQ # 045375<br>000000453750000 | | -6.39 | 2,073.35 |
| 05-18 | 'POS Purchase<br>POS PURCHASE TERMINAL 08446570<br>NNT NEW JUBILEE NE W571  NEW YORK NY<br>05-16-20  11:58 AM SEQ # 013787108845<br>000001088450000 | | -33.75 | 2,039.60 |
| 05-18 | 'POS Purchase<br>POS PURCHASE TERMINAL 03223593<br>SEAPORT WINE&SPIRI TS I  NEW YORK NY<br>05-16-20  12:03 PM SEQ # 015740<br>000000157400000 | | -11.98 | 2,027.62 |
| 05-18 | 'POS Purchase<br>POS PURCHASE TERMINAL 16408001<br>KEY FOOD 1640 NEW YORK  NY<br>05-16-20  3:00 PM SEQ # 013700054718<br>000000547180000 | | -53.94 | 1,973.68 |
| 05-18 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 55500800<br>JUBILEE MARKET PLA CE    NEW YORK NY<br>05-16-20 12:00 AM SEQ # 091256000552<br>000000005520000 | | -22.73 | 1,950.95 |
| 05-18 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 55429500<br>SEAMLSSLILYS 800256102 NY<br>05-17-20 12:00 AM SEQ # 743655519094<br>000005190940000 | | -60.00 | 1,890.95 |
| 05-18 | 'POS Purchase<br>POS PURCHASE TERMINAL 05410930<br>JUBILEE MARKET PLA CE    NEW YORK NY<br>05-17-20  10:56 AM SEQ # 045044<br>000000450440000 | | -29.05 | 1,861.90 |
| 05-18 | 'POS Purchase<br>POS PURCHASE TERMINAL 08446570<br>NNT NEW JUBILEE NE W082  NEW YORK NY<br>05-17-20  4:47 PM SEQ # 013870108902<br>000001089020000 | | -34.25 | 1,827.65 |

 **POPULAR.**

5507 ASSOCIATES LLC-"DIP"
May 29, 2020

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 05-18 | 'POS Purchase | | -5.98 | 1,821.67 |
| | POS PURCHASE TERMINAL 05410880 JUBILEE MARKET PLA CE   NEW YORK NY 05-17-20  4:57 PM SEQ # 045919 000000459190000 | | | |
| 05-18 | 'POS Purchase | | -31.12 | 1,790.55 |
| | POS PURCHASE TERMINAL 05410880 JUBILEE MARKET PLA CE   NEW YORK NY 05-18-20  3:44 PM SEQ # 046213 000000462130000 | | | |
| 05-19 | 'POS Purchase | | -40.95 | 1,749.60 |
| | POS PURCHASE TERMINAL 05410860 JUBILEE MARKET PLA CE   NEW YORK NY 05-18-20  7:12 PM SEQ # 005763 000000057630000 | | | |
| 05-19 | 'ATM Withdrawal | | -22.95 | 1,726.65 |
| | CASH WITHDRAWAL TERMINAL 7E003688 111 FULTON STREET  NEW YORK  NY 05-19-20  3:14 PM SEQ # 014000001839 000000018390000 | | | |
| 05-19 | 'POS Purchase | | -31.75 | 1,694.90 |
| | POS PURCHASE TERMINAL 08446570 NNT NEW JUBILEE NE W470  NEW YORK  NY 05-19-20  3:19 PM SEQ # 014079109019 000001090190000 | | | |
| 05-19 | 'ATM Balance Inquiry | | .00 | 1,694.90 |
| | BALANCE INQUIRY TERMINAL 7E003688 111 FULTON STREET  NEW YORK  NY 05-19-20  3:13 PM SEQ # 014000001837 000000018370000 | | | |
| 05-19 | 'ATM Balance Inquiry | | .00 | 1,694.90 |
| | BALANCE INQUIRY TERMINAL 7E003688 111 FULTON STREET  NEW YORK  NY 05-19-20  3:13 PM SEQ # 014000001838 000000018380000 | | | |
| 05-20 | 'POS Purchase | | -11.98 | 1,682.92 |
| | MERCHANT PURCHASE TERMINAL 55546500 SEAPORT WINE&SPIRI TS I  NEW YORK  NY 05-19-20  12:00 AM SEQ # 091930000123 000000001230000 | | | |
| 05-20 | 'POS Purchase | | -45.73 | 1,637.19 |
| | MERCHANT PURCHASE TERMINAL 55546500 SEAPORT WINE&SPIRI TS I  NEW YORK  NY 05-19-20  12:00 AM SEQ # 091930000529 000000005290000 | | | |
| 05-21 | 'POS Purchase | | -28.11 | 1,609.08 |
| | MERCHANT PURCHASE TERMINAL 55429500 SEAMLSSSQUIRESDINE R    800256102 NY 05-20-20  12:00 AM SEQ # 743809634216 000006342160000 | | | |
| 05-21 | 'POS Purchase | | -5.09 | 1,603.99 |
| | MERCHANT PURCHASE TERMINAL 85309610 SEAPORT DELI NEW YORK  NY 05-19-20  12:00 AM SEQ # 980016549972 000005499720000 | | | |

 **POPULAR.**

5507 ASSOCIATES LLC-"DIP"
May 29, 2020

Page 10 of 12
6811582904

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 05-21 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 55429500<br>SEAMLSSSEAPORTDELI 800256102 NY<br>05-21-20  12:00 AM SEQ # 713833219770<br>000002197700000 | | -12.74 | 1,591.25 |
| 05-21 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 05227020<br>JEREMYS ALE HOUSE NEW YORK  NY<br>05-20-20  12:00 AM SEQ # 300187165608<br>000001656080000 | | -36.64 | 1,554.61 |
| 05-21 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 55500800<br>JUBILEE MARKET PLA CE    NEW YORK  NY<br>05-20-20  12:00 AM SEQ # 091800002074<br>000000020740000 | | -57.90 | 1,496.71 |
| 05-21 | 'POS Purchase<br>POS PURCHASE TERMINAL 05410880<br>JUBILEE MARKET PLA CE    NEW YORK  NY<br>05-21-20  5:19 PM SEQ # 047198<br>000000471980000 | | -79.36 | 1,417.35 |
| 05-21 | 'POS Purchase<br>POS PURCHASE TERMINAL 05410930<br>JUBILEE MARKET PLA CE    NEW YORK  NY<br>05-21-20  6:17 PM SEQ # 046165<br>000000461650000 | | -14.14 | 1,403.21 |
| 05-22 | 'POS Purchase<br>POS PURCHASE TERMINAL 00000101<br>AMAZON.COM*M728B6G L0    SEATTLE   WA<br>05-22-20  2:08 PM SEQ # 3Q7YCS2ROPJZ<br>000000000030000 | | -20.68 | 1,382.53 |
| 05-26 | 'Deposit<br>000007307416500 | 1,500.00 | | 2,882.53 |
| 05-26 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 55500360<br>WALMART.com 800966654 AR<br>05-22-20  12:00 AM SEQ # 083388244874<br>000002448740000 | | -39.14 | 2,843.39 |
| 05-26 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 25247800<br>EYE TO EYE VISION CENT  NEW YORK  NY<br>05-22-20  12:00 AM SEQ # 001748000709<br>000000007090000 | | -2.00 | 2,841.39 |
| 05-26 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 55500800<br>REAL DEAL NEW YORK  NY<br>05-22-20  12:00 AM SEQ # 091776000240<br>000000002400000 | | -48.74 | 2,792.65 |
| 05-26 | 'POS Purchase<br>MERCHANT PURCHASE TERMINAL 55500800<br>JUBILEE MARKET PLA CE    NEW YORK  NY<br>05-22-20  12:00 AM SEQ # 091762000428<br>000000004280000 | | -22.70 | 2,769.95 |



5507 ASSOCIATES LLC-"DIP"
May 29, 2020

Page 11 of 12
6811582904

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 05-26 | 'POS Purchase | | -25.48 | 2,744.47 |
| | MERCHANT PURCHASE TERMINAL 55546500 | | | |
| | SEAPORT WINE&SPIRI TS I  NEW YORK  NY | | | |
| | 05-22-20  12:00 AM SEQ # 091315000018 | | | |
| | 000000000180000 | | | |
| 05-26 | 'POS Purchase | | -49.37 | 2,695.10 |
| | MERCHANT PURCHASE TERMINAL 55500800 | | | |
| | JUBILEE MARKET PLA CE   NEW YORK  NY | | | |
| | 05-22-20  12:00 AM SEQ # 091306000199 | | | |
| | 000000001990000 | | | |
| 05-26 | 'POS Purchase | | -7.49 | 2,687.61 |
| | POS PURCHASE TERMINAL 05410930 | | | |
| | JUBILEE MARKET PLA CE   NEW YORK  NY | | | |
| | 05-23-20  11:15 AM SEQ # 046741 | | | |
| | 000000467410000 | | | |
| 05-26 | 'POS Purchase | | -19.00 | 2,668.61 |
| | POS PURCHASE TERMINAL 05410930 | | | |
| | JUBILEE MARKET PLA CE   NEW YORK  NY | | | |
| | 05-24-20  7:22 AM SEQ # 046772 | | | |
| | 000000467720000 | | | |
| 05-26 | 'POS Purchase | | -27.52 | 2,641.09 |
| | POS PURCHASE TERMINAL 14436T04 | | | |
| | DUANE READE STO NEW YORK  NY | | | |
| | 05-24-20  6:37 PM SEQ # 014500604247 | | | |
| | 000006042470000 | | | |
| 05-26 | 'POS Purchase | | -31.36 | 2,609.73 |
| | POS PURCHASE TERMINAL 16408001 | | | |
| | KEY FOOD 1640 NEW YORK  NY | | | |
| | 05-24-20  6:53 PM SEQ # 014500108813 | | | |
| | 000001088130000 | | | |
| 05-26 | 'POS Purchase | | -34.48 | 2,575.25 |
| | POS PURCHASE TERMINAL 05410930 | | | |
| | JUBILEE MARKET PLA CE   NEW YORK  NY | | | |
| | 05-24-20  7:00 PM SEQ # 046924 | | | |
| | 000000469240000 | | | |
| 05-26 | 'POS Purchase | | -18.57 | 2,556.68 |
| | POS PURCHASE TERMINAL 05410938 | | | |
| | JUBILEE MARKET PLA CE   NEW YORK  NY | | | |
| | 05-24-20  7:36 PM SEQ # 020030 | | | |
| | 000000200300000 | | | |
| 05-27 | 'POS Purchase | | -70.35 | 2,486.33 |
| | POS PURCHASE TERMINAL 05410860 | | | |
| | JUBILEE MARKET PLA CE   NEW YORK  NY | | | |
| | 05-27-20  1:46 PM SEQ # 006474 | | | |
| | 000000064740000 | | | |
| 05-28 | 'Deposit | 500.00 | | 2,986.33 |
| | 000007307492940 | | | |
| 05-28 | 'POS Purchase | | -40.13 | 2,946.20 |
| | MERCHANT PURCHASE TERMINAL 55500800 | | | |
| | REAL DEAL NEW YORK  NY | | | |
| | 05-27-20  12:00 AM SEQ # 091773000560 | | | |
| | 000000005600000 | | | |

 **POPULAR**®

5507 ASSOCIATES LLC-"DIP"

Page 12 of 12

May 29, 2020

6811582904

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 05-28 | 'POS Purchase | | -29.72 | 2,916.48 |
| | POS PURCHASE TERMINAL 05410860 | | | |
| | JUBILEE MARKET PLA CE   NEW YORK  NY | | | |
| | 05-27-20  7:46 PM SEQ # 006529 | | | |
| | 000000065290000 | | | |
| 05-28 | 'POS Purchase | | -8.69 | 2,907.79 |
| | POS PURCHASE TERMINAL 05410938 | | | |
| | JUBILEE MARKET PLA CE   NEW YORK  NY | | | |
| | 05-27-20  7:51 PM SEQ # 020571 | | | |
| | 000000205710000 | | | |
| 05-29 | Withdrawal | | -2,800.00 | 107.79 |
| | 000006340014780 | | | |
| 05-29 | 'POS Purchase | | -33.75 | 74.04 |
| | MERCHANT PURCHASE TERMINAL 55546500 | | | |
| | SEAPORT WINE&SPIRI TS I  NEW YORK  NY | | | |
| | 05-28-20  12:00 AM SEQ # 091938000495 | | | |
| | 000000004950000 | | | |
| 05-29 | 'POS Purchase | | -34.25 | 39.79 |
| | POS PURCHASE TERMINAL 08446570 | | | |
| | NNT NEW JUBILEE NE W862  NEW YORK  NY | | | |
| | 05-28-20  7:17 PM SEQ # 014901109402 | | | |
| | 000001094020000 | | | |
| 05-29 | 'Transaction Fees | | -2.00 | 37.79 |
| | 000000000000000 | | | |
| 05-29 | **Ending Totals** | **11,643.94** | **-11,618.25** | **$37.79** |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|------|-----------------------|--------------------|
| Total overdraft fees | $0.00 | $0.00 |
| Total returned item fees | $0.00 | $0.00 |