UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                 :          Chapter 11
                                      :
CHU H. KWON,                          :          Case No. 19-44290 (ESS)
                                      :
              Debtor.                 :
---------------------------------------------------------x

## ORDER AWARDING FIRST AND FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO SALVATORE LAMONICA, <u>SUBCHAPTER V TRUSTEE</u>

Upon the application, dated September 24, 2020 of Salvatore LaMonica (the "<u>Subchapter V Trustee</u>"), the Subchapter V Trustee of the estate of Chu H. Kwon ~~(the "Debtor")~~, the above-captioned debtor, seeking a first and final allowance of compensation and reimbursement of expenses; for the period July 8, 2020 through August 12, 2020 (the "<u>Application</u>"); and it appearing that good and sufficient notice of the Application has been given; and no responses or objections having been received in connection with the Application; and the matter having come on the be heard before me on October 30, 2020 (the "<u>Hearing</u>"), and upon the record of the Hearing, the transcript of which is incorporated by reference herein; and for good and sufficient cause; it is hereby

***ORDERED***, ~~that the Application is hereby granted to the extent provided herein; and, it is further~~

***ORDERED***, that the Subchapter V Trustee is hereby awarded a first and final allowance of compensation for services rendered and reimbursement of expenses in the amount of $1,000.00.

**Dated: Brooklyn, New York**
**November 3, 2020**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**