**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CHU H. KWON, et al., | Case No. 19-44290 (ESS) <br> Case No. 19-44263 (ESS) <br> Case No. 19-44264 (ESS) <br> Case No. 19-44265 (ESS) |
| Debtors.[1] | Jointly Administered |

**ORDER APPROVING FIRST AND FINAL FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR ALLOWANCE OF COMPENSATION FOR LEGAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL FOR THE DEBTORS FOR THE FIRST AND FINAL PERIOD FROM**
**JULY 11, 2019 THROUGH JUNE 26, 2020**

Upon the first and final application (the "Application")[2] of Windels Marx Lane & Mittendorf, LLP ("Windels Marx"), former counsel to the Debtors, pursuant to Sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-1, for final allowance of compensation for professional services rendered by Windels Marx totaling $207,514.00 and reimbursement of actual and necessary expenses totaling $8,038.97 incurred during the First and Final period from July 11, 2019 through June 26, 2020 (the "Final Period"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided to the necessary parties; and it

---

[1] The Debtors in these chapter 11 cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal taxpayer-identification number are: 4811 Associates LLC (9576), 5505 Associates LLC (9596), and 5507 Associates LLC (9544).

[2] All capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Application.

appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Application is in the best interests of the Debtors, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The ~~Application is approved, and the~~ fees and expenses requested ~~therein~~ ***in the Application*** are allowed on a final basis in the amount of $207,514.00 for payment of compensation and $8,038.97 for reimbursement of expenses incurred by Windels Marx as counsel to the Debtors during the Final Period.

2. The Debtors are authorized ~~and directed~~ to pay Windels Marx's approved fees and expenses for the ~~First and~~ Final Period less any amounts held by Windels Marx as a retainer.

3. The Debtors are authorized ~~and directed~~ to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

4. Notwithstanding Bankruptcy Rule 6004, this Order shall be immediately effective and enforceable upon its entry, and the Court ~~shall~~ ***may*** retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.



Dated: Brooklyn, New York  
       January 5, 2021

_____  
**Elizabeth S. Stong**  
**United States Bankruptcy Judge**