UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | |
|---|---|
| In Re | \| |
| KWON, CHUH. | \|   Case No. 19-44290 |
| | \| |
| | \| |
| Debtor | \| |
| | \| |

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Salvatore LaMonica, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00.  The case was dismissed with no plan confirmed and no plan payments made to the trustee.  Pursuant to 11 U.S.C. § 330(a), on November 3, 2020, the Court ordered compensation of $1,000.00 be awarded to the trustee.  These funds have not yet been paid by the debtor to the trustee. I hereby certify that the estate of the above-named debtor has been fully administered through the date of dismissal.  I request that I be discharged from any further duties as trustee.

Date: February 11, 2021                    By: *s/ Salvatore LaMonica*
                                                              Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR C**